IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE R. GARCIA-CHICOT                                              PETITIONER

v.                                    CASE NO. 5:21-CV-5089

DEXTER PAYNE, Director of Arkansas
Division of Correction                                              DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 9) from United States Magistrate Judge Christy Comstock. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that Petitioner's Petition for Habeas Corpus by a Person in State Custody (Doc. 1) be denied and that the Court dismiss this action without prejudice for failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner's Petition for Habeas Corpus by a Person in State Custody (Doc. 1) is DENIED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this February 9, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE